BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ABEL SOTO-LOPEZ,<br><br>                              Defendant. | CASE NO.  1:10CR00078-LJO<br><br>GOVERNMENT MOTION TO DISMISS AND ORDER |

With the concurrence of the U.S. Probation Office, the United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned petition for supervised release violation to allow for state prosecution on the underlying charges and follow-up investigation on additional new law violations.

It is further requested that the status conference in this matter, currently set for September 10, 2014, at 1:30 p.m., be vacated.

Dated:  September 5, 2014

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **September 5, 2014**

UNITED STATES MAGISTRATE JUDGE