BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

FILED

MAY 27 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABEL SOTO-LOPEZ,<br><br>Defendant. | CASE NO. 1:10CR00078-LJO<br><br>GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |

With the concurrence of the U.S. Probation Office, the United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned petition for supervised release violation to allow for state prosecution. The matter is set for a status conference today at 1:30, at which time the government will orally move to renew this motion.

The Santa Clara County Sheriff's Office will take custody of the defendant at 4:00 p.m. today at the U.S. Marshal Service, the defendant having waived extradition before the U.S. Magistrate Court last week.

Dated: May 27, 2015                           BENJAMIN B. WAGNER
                                              United States Attorney

                                              By: /s/ KAREN A. ESCOBAR
                                              KAREN A. ESCOBAR
                                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this __27__ day of __MAY__, 2015.

                                              _____
                                              GARY S. AUSTIN
                                              U.S. MAGISTRATE JUDGE