BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

FILED

MAY 27 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10CR00078-LJO |
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| ABEL SOTO-LOPEZ, | |
| Defendant. | |

With the concurrence of the U.S. Probation Office, the United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned petition for supervised release violation to allow for state prosecution. The matter is set for a status conference today at 1:30, at which time the government will orally move to renew this motion.

The Santa Clara County Sheriff's Office will take custody of the defendant from the Fresno County Jail on Thursday, May 28, 2015, the defendant having waived extradition before the U.S. Magistrate Court last week.

Dated: May 27, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 27 day of May, 2015.

_____
GARY S. AUSTIN
U.S. MAGISTRATE JUDGE